IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Cindy S.,

    Plaintiff,

  v.                                  Case No. 2:22-cv-382

Commissioner of               Judge James L. Graham
Social Security,

                                     Magistrate Judge
    Defendant.               Chelsey M. Vascura

**<u>ORDER</u>**

This matter is before the Court for consideration of the July 26, 2022, Report and Recommendation of Magistrate Judge Vascura (ECF No. 12) to whom this case was referred pursuant to 28 U.S.C. §636(b). Magistrate Judge Vascura recommended that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's non-disability determination.

The Report and Recommendation specifically advised the parties that failure to object to the Report and Recommendation within fourteen days of the Report and Recommendation would result in a waiver of the right to have the district judge review the Report and Recommendation *de novo* and a waiver of the right to appeal the decision of the district court adopting the Report and Recommendation. (*Id.* at 690.) The time period for filing objections to the Report and Recommendation has expired, and no party has objected to the Report and Recommendation.

The Court agrees with the Report and Recommendation of Magistrate Judge Vascura (ECF No. 12), and it is hereby adopted.

1

Plaintiff's Statement of Errors is overruled, and the Commissioner's non-disability determination is affirmed. As the decision of the Commissioner is affirmed, this action is hereby dismissed. The Clerk is directed to enter final judgment in this case.

    **IT IS SO ORDERED.**

                                      <u>s/James L. Graham</u>
                                      James L. Graham
                                      United States District Judge

Date: August 15, 2022